FILED
2014 Nov-12  PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ASHLEY PRICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.:**    **2:14-cv-01936-RDP** |
| | ) | |
| **LINCOLN EASTERN MANAGEMENT** | ) | |
| **CORPORATION; and 100 INVERNESS,** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable

District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the

undersigned counsel for Defendant Lincoln Eastern Management Corporation in the

above-captioned action certifies that the general nature and purpose of the foregoing

entity or entities is property management.

Counsel also certifies that the following are parents, subsidiaries and/or affiliates

of said party or parties that have issued shares or debt securities to the public:

1.    There are no reportable entities.

Respectfully submitted,

s/Joseph E. Stott
**JOSEPH E. STOTT - STO041 (ASB-4163-T71J)**
Attorney for Defendant Lincoln Eastern
Management Corporation

<u>**OF COUNSEL:**</u>

**Scott, Sullivan, Streetman & Fox, P.C.**
2450 Valleydale Road
Birmingham, AL 35244
(205) 967-9675
(205) 967-7563 Fax#
jstott@sssandf.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| ASHLEY PRICE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No.:    2:14-cv-01936-RDP** |
| | ) | |
| LINCOLN EASTERN MANAGEMENT | ) | |
| CORPORATION; and 100 INVERNESS, | ) | |
| LLC, | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on November 12, 2014 served a copy of the foregoing on the following attorneys of record via CM/ECF and/or by placing a copy of same in the U.S. Mail:

***Attorney for Plaintiff***
Diandra S. Debrosse-Zimmermann, Esq.
Gentle, Turner, Sexton, Debrosse & Harbison
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244


s/Joseph E. Stott
**OF COUNSEL**